UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 4, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANGELO LORENZO GONZALES, )<br>)<br>Defendant. ) | Case No. 2:12-cr-00392-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ANGELO LORENZO GONZALES, Case No. 2:12-cr-00392-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $ 75,000.00.

    _X_ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/04/2012 at 4:05 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge

## SPECIAL CONDITIONS OF RELEASE

Re: Gonzales, Angelo Lorenzo
Case No.: 2:12-CR-392-JAM-3
Date: December 4, 2012

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

9. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the **counseling** services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

12. You shall not obtain a passport during the pendency of this case;

13. You shall not associate or have any contact with your co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

14. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

15. You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring or other location verification system:

    **CURFEW:** You are restricted to your residence every day as directed by the pretrial services officer; and

16. You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer.