Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlegal.com

Attorneys for Defendant
ANGELO LORENZO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO LORENZO GONZALES,<br><br>Defendant. | Case No. 2:12-CR-00392-JAM / KJN<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |

## **STIPULATION**

Plaintiff United States of America, by and through Assistant United States Attorney Jill Thomas, and defendant Angelo Lorenzo Gonzales, by and through his counsel of record, Kresta Nora Daly, hereby stipulate that Pretrial Release Conditions 15 and 16 should be removed.

Pretrial Release Conditions 15 and 16 read:

> 15. You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring or other location verification system:
>
> **CURFEW:** You are restricted to your residence every day as directed by the pretrial services officer; and
>
> 16. You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall

comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer.

Mr. Gonzales has been supervised by Pretrial Services Officers Steve Sheehan and Daryl Walker for more than 90 days. Mr. Sheehan recently took over supervision. While on supervision Mr. Gonzales has been compliant with all requests made by Pretrial Services and has not had any incidents.

Mr. Sheehan is aware of this stipulation and request and has no objection to the court granting this request.

Dated: March 5, 2013.

                             /s/Kresta Nora Daly
                 Assistant United States Attorney JILL THOMAS

Dated: March 5, 2013.         BARTH TOZER & DALY LLP

                                 By    /s/Kresta Nora Daly
                                      KRESTA NORA DALY
                                 Attorneys for Defendant
                                 ANGELO LORENZO GONZALES

## **ORDER**

IT IS HEREBY ORDERED that Pretrial Release Conditions 15 and 16 be removed. All other Pretrial Release conditions previously imposed remain in effect.

Dated: March 8, 2013

                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE