Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ANGELO GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO GONZALES,<br><br>Defendant. | Case No. 2:12-00392-JAM<br><br>**STIPULATION AND ORDER** |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jill Thomas, and defendant Angelo Gonzales, by and through his counsel of record Kresta Nora Daly, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on July 8, 2014.

2. By this stipulation, defendant now moves to continue the change of plea hearing until August 12, 2014 at 9:30 a.m., and to exclude time between July 8, 2014 and August 12, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request the Court find the following:

(a) The government has represented that the discovery associated with this case includes multiple gigabytes of investigative reports and related documents in PDF format totaling thousands of pages and numerous hours of audio recordings.  Defense counsel has reviewed the discovery.

1  (b) Counsel for the government is on military duty and as such has been unable to
2  supply defense counsel with a proposed plea agreement.  Upon receipt of the plea agreement
3  defense counsel will require sufficient time to review the plea agreement and discuss it with Mr.
4  Gonzales.

5  (d) The government does not object to the continuance.

6  (e) Based on the above-stated findings, the ends of justice served by continuing the
7  case as requested outweigh the interests of the public and the defendant in a trial within the
8  original date prescribed by the Speedy Trial Act.

9  (f) For the purpose of computing time under the Speedy Trial Act, Title 18, United
10 States Code Section 3161, *et seq.*, within which trial must commence, the time period of July 8,
11 2014 to August 12, 2014, inclusive, is deemed excludable pursuant to Title 18, United States
12 Code Section 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted
13 by the Court at defendant's request on the basis of the Court's finding that the ends of justice are
14 served by taking such action and outweigh the best interests of the public and the defendant in a
15 speedy trial.

16  4. Nothing in this stipulation and order shall preclude a finding that other provisions of
17 the Speedy Trial Act dictate that additional time periods are excludable from the period within
18 which a trial must commence.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

It is so stipulated.

Dated: July 2, 2014

/s/Jill Thomas
Assistant United States Attorney Jill Thomas

Dated: July 2, 2014    BARTH DALY LLP


By  /s/Kresta Nora Daly
KRESTA NORA DALY
Attorneys for Defendant ANGELO GONZALES

**ORDER**

IT IS SO ORDERED.

Dated: 7/7/2014

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
JUDGE, UNITED STATES DISTRICT COURT

{12562}
{00012652}

- 3 -