Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ANGELO GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-00392-JAM |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ANGELO GONZALES, | |
| Defendant. | |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jill Thomas, and defendant Angelo Gonzales, by and through his counsel of record Kresta Nora Daly, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 13, 2015.

2. By this stipulation, defendant now moves to continue the sentencing until March 24, 2015. Plaintiff does not oppose this request.

///
///
///
///
///

It is so stipulated.

Dated: December 17, 2014

                                    /s/Jill Thomas
                        Assistant United States Attorney Jill Thomas

Dated: December 17, 2014    BARTH DALY LLP


By   /s/Kresta Nora Daly
     KRESTA NORA DALY
Attorneys for Defendant ANGELO GONZALES

## **ORDER**

IT IS SO ORDERED.

Dated: 12/19/2014

                              /s/ John A. Mendez
                       HONORABLE JOHN A. MENDEZ
              JUDGE, UNITED STATES DISTRICT COURT