1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile: (916) 440-9610
4  Email: kdaly@barth-daly.com

5  Attorneys for Defendant
   ANGELO GONZALES

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 2:12-00392-JAM

12              Plaintiff,
                                           **STIPULATION AND ORDER**
13         v.

14  ANGELO GONZALES,

15              Defendant.

16

17                          **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, Assistant United

19  States Attorney Jill Thomas, and defendant Angelo Gonzales, by and through his counsel of

20  record Kresta Nora Daly, hereby stipulate as follows:

21         1.  By previous order, this matter was set for sentencing on March 24, 2015.

22         2.  By this stipulation, defendant now moves to continue the sentencing until May 12,

23  2015 at 9:15 a.m.  Plaintiff does not oppose this request.

24  ///

25  ///

26  ///

27  ///

28  ///

                                  - 1 -

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1    It is so stipulated.

2    Dated:  March 19, 2015

3                                                    /s/Jill Thomas
                                              Assistant United States Attorney Jill Thomas
4

5    Dated:  March 19, 2015            BARTH DALY LLP

6

7                                          By____/s/Kresta Nora Daly_____
                                              KRESTA NORA DALY
8                                          Attorneys for Defendant ANGELO GONZALES

9

10

11                                              **<u>ORDER</u>**

12           IT IS SO ORDERED.

13   Dated:  3/19/2015

14                                                _/s/ John A. Mendez_____
                                                  HONORABLE JOHN A. MENDEZ
15                                                JUDGE, UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28   {14700}

                                              - 2 -