Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ANGELO GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO GONZALES,<br><br>Defendant. | Case No. 2:12-00392-JAM<br><br>**STIPULATION AND ORDER** |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jill Thomas, and defendant Angelo Gonzales, by and through his counsel of record Kresta Nora Daly, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 12, 2015.

2. By this stipulation, defendant now moves to continue the sentencing until July 21, 2015. Plaintiff does not oppose this request.

///
///
///
///
///

- 1 -

STIPULATION AND [PROPOSED] ORDER      [Case No. 2:12-CR-00392-JAM]

It is so stipulated.

Dated: May 11, 2015

      /s/Jill Thomas
Assistant United States Attorney Jill Thomas

Dated: May 11, 2015      BARTH DALY LLP


By   /s/Kresta Nora Daly
KRESTA NORA DALY
Attorneys for Defendant ANGELO GONZALES

## **ORDER**

IT IS SO ORDERED.

Dated: May 11, 2015

      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE