Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ANGELO LORENZO GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-00392-JAM |
| Plaintiff, | |
| | **REQUEST TO MODIFY TURN IN DATE** |
| ANGELO LORENZO GONZALES, | |
| Defendant. | |

## REQUEST TO MODIFY TURN IN DATE

Defendant Angelo Gonzales, by and through his counsel of record Kresta Nora Daly, hereby requests his turn-in date, November 5, 2015, be extended to January 6, 2016 to allow him to spend the holidays with his two minor children and his wife.  Counsel for the government does not object.

Dated:  October 26, 2015    BARTH DALY LLP

By   /s/Kresta Nora Daly
     KRESTA NORA DALY
Attorneys for Defendant ANGELO GONZALES

///

///

///

{00009961}

1

Request to Modify Turn in Date     [Case No. 2:12-CR-00392-JAM]

## **ORDER**

IT IS HEREBY ORDERED Angelo Gonzales' voluntary surrender date is hereby modified. His new surrender date is January 5, 2015.

Dated: 10/27/2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE